UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

USDC, Central District of California
312 N. Spring Street
Room G–8
Los Angeles, CA 90012

RE:        USA vs. LARRY JONES
USDC No.:    2:14–MJ–00299–AC

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated December 22, 2014 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 3.**

    Documents maintained electronically by the district court are accessible through
    PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

                       Very truly yours,

December 29, 2014        /s/ **K. Zignago**
                              Deputy Clerk

RECEIVED BY: _____
                        Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____